**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GILBERT REMIJIO,<br><br>           Petitioner,<br><br>     v.<br><br>A. HEDGPETH, Warden,<br><br>           Respondent. | NO. CV 07-05414 R (SS)<br><br>**ORDER ADOPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

1    Accordingly, IT IS ORDERED THAT:

3    1.   The Second Amended Petition is DENIED and Judgment shall be entered dismissing this action with prejudice.

6    2.   The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner and on counsel for Respondent.

DATED: Oct. 31, 2008

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE