**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GILBERT REMIJIO, | NO. CV 07-05414 R (SS) |
|     Petitioner, | |
|     v. | **JUDGMENT** |
| A. HEDGPETH, Warden, | |
|     Respondent. | |

    Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: Oct. 31, 2008

                                    MANUEL L. REAL  
                                    UNITED STATES DISTRICT JUDGE